UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAVON D. WEBSTER,

    Plaintiff,

v.                                                                      3:11-cv-144

LINDA SHANNON,

    Defendant.

## MEMORANDUM

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983. Because the defendant was not served with process within 120 days after the filing of the complaint, plaintiff was ordered to show cause why this case should not be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. In response, plaintiff filed a motion for an extension of time of within which to locate and serve the defendant. Plaintiff's motion was granted and plaintiff was given up to and including March 5, 2012, within which to serve the defendant with process. That deadline has passed without a return of service upon the defendant or further action on the part of plaintiff. Accordingly, this action will be **DISMISSED WITHOUT PREJUDICE**.

    **AN APPROPRIATE ORDER WILL ENTER.**

                                                          s/ Thomas W. Phillips
                                                          United States District Judge