UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>JAVON D. WEBSTER</u>,

      Plaintiff,

v.                                      3:11-cv-144

<u>LINDA SHANNON</u>,

      Defendant.

## <u>JUDGMENT ORDER</u>

In accordance with the accompanying Memorandum, court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

     **ENTER:**

                                                    s/ Thomas W. Phillips
                                               United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
      CLERK OF COURT