UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAVON D. WEBSTER,

       Plaintiff,

v.                                     3:11-cv-144

LINDA SHANNON,

       Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum, court **ORDERS** that this action

is **DISMISSED WITHOUT PREJUDICE**. The court **CERTIFIES** that any appeal from

this action would not be taken in good faith and would be totally frivolous.

     **ENTER:**

                                               s/ Thomas W. Phillips
                                      United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT